UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Stephanie Cookson,<br><br>                    Plaintiff,<br>v.<br><br>P & B Capital Group LLC; and DOES 1-10, inclusive,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:16-cv-01711-JCH<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated January 9, 2017**

                                                            Respectfully submitted,

                                                            PLAINTIFF Stephanie Cookson

                                                            */s/ Sergei Lemberg*

                                                            Sergei Lemberg, Esq.
                                                            LEMBERG LAW, LLC
                                                            43 Danbury Road, 3rd Floor
                                                            Wilton, CT 06897
                                                            Telephone: (203) 653-2250
                                                            Facsimile: (203) 653-3424
                                                            Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

**I hereby certify that on January 9, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

*/s/ Sergei Lemberg*

**Sergei Lemberg, Esq.**